UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                          Plaintiff,

                                                                                     DECISION AND ORDER

                                                                                     05-CR-6062L

                          v.

ONEL MEDINA-SOSA,

                          Defendant.
_____

      Defendant moves (Dkt. #181and Dkt. #190), *pro se*, for an order pursuant to FED. R. CRIM. P. 41(g) for the return of property. The Government responded to defendant's motions (Dkt. #195).

      For the reasons advanced by the Government in its response, I deny the motions. The property that defendant seeks to be returned was seized not by an agency of the Federal Government but by the Rochester City Police Department. Based on the authority cited by the Government, this Court has no jurisdiction to order the return of property that was not, and is not, in the possession of the United States or one of its agencies.

CONCLUSION

      Defendant's motions (Dkt. #181 and Dkt. #190) for the return of seized property are in all respects denied.

      IT IS SO ORDERED.

                                                    _____
                                                         DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
       April 5, 2011.